IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | INDICTMENT |
| v. | Case No. _____ | |
| STEPHEN HANS JENKINS, aka BMO, | | 18 U.S.C. § 2251(a)<br>18 U.S.C. § 2260A<br>18 U.S.C. § 2253 |
| Defendant. | | |

FILED/REC'D
2022 NOV -9 P 3: 11
CLERK OF COURT
U.S. DISTRICT COURT
W.D. OF WI

22 CR 129 WMC

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 31, 2020, in the Western District of Wisconsin and elsewhere, the defendant,

STEPHEN HANS JENKINS,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video with a file name ending in 051002.mp4, and the visual depiction was actually transported in interstate commerce from Nevada or Utah to Wisconsin.

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 2

On or about December 31, 2020, in the Western District of Wisconsin and elsewhere, the defendant,

STEPHEN HANS JENKINS,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video with a file

name ending in 051430.mp4, and the visual depiction was actually transported in interstate commerce from Nevada or Utah to Wisconsin.

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 3

On or about December 31, 2020, in the Western District of Wisconsin and elsewhere, the defendant,

STEPHEN HANS JENKINS,

an individual required by Federal or other law to register as a sex offender, committed felony offenses involving a minor under Title 18, United States Code, Section 2251, as alleged in Counts 1-2 of this indictment.

(In violation of Title 18, United States Code, Section 2260A).

## COUNT 4

On or about July 4, 2017, in the Western District of Wisconsin and elsewhere, the defendant,

STEPHEN HANS JENKINS,

knowingly and intentionally used a minor, Minor B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video with a file name ending in 130642.mp4, and the visual depiction was actually transported in interstate commerce from Utah to Wisconsin.

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 5

On or about July 4, 2017, in the Western District of Wisconsin and elsewhere, the defendant,

STEPHEN HANS JENKINS,

an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2251, as alleged in Count 5 of this indictment.

(In violation of Title 18, United States Code, Section 2260A).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1-2 and 4 of this indictment, and upon conviction of any of them for violating Title 18, United States Code, Section 2251(a)(1), pursuant to Title 18, United States Code, Section 2253, the defendant,

STEPHEN HANS JENKINS,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as a Samsung SM-G988U cell phone and a Samsung tablet.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 11/9/2022

_____
TIMOTHY M. O'SHEA
United States Attorney